JS-6

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11    DOLORES M. T.[1], an individual,        Case No. 5:20-02270 ADS

12                          Plaintiff,

13                 v.                          JUDGMENT

14    KILOLO KIJAKAZI[2], Acting
      Commissioner of Social Security
15    Administration,

16                          Defendant.

17

18         Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges

19    that the decision of the Commissioner of Social Security is vacated, and that the case is

20    _____

21    [1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil
      Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
22    Administration and Case Management of the Judicial Conference of the United States.
      [2] The Complaint and the docket caption do not name the current Acting Commissioner.
23    The parties list Andrew M. Saul as the Commissioner in the Joint Stipulation.  On July
      9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security.  Thus, he is
24    automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

1   remanded for further proceedings consistent with the Memorandum Opinion and

2   Order.

3

4   DATED: September 23, 2022            /s/ Autumn D. Spaeth

                                                       THE HONORABLE AUTUMN D. SPAETH

5                                                  United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24